**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America , Plaintiff(s), v. Nikesh A Patel , Defendant(s). | Case No. 14 CR 546 Judge Charles P. Kocoras |

### ORDER

Change of plea hearing held on 12/6/2016 as to Nikesh A. Patel. Nikesh A. Patel withdraws plea of not guilty and enters plea of guilty to counts 1 through 5 of the indictment. Defendant informed of his rights and knowingly waives them. Court accepts plea of guilty to counts 1 through 5 of the indictment and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Sentencing is set for 4/6/2017 9:45 a.m.

1:00

Date: 12/6/2016

*Charles P. Kocoras*
Charles P. Kocoras
United States District Court Judge