IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NIKESH PATEL

        Defendant.
_____/

Case No.: 1:14-cr-00546

### DEFENDANT NIKESH PATEL'S UNOPPOSED MOTION AND MEMORANDUM TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant Nikesh Patel by and through his undersigned attorney and hereby files this Unopposed Motion and Memorandum to Continue the Sentencing hearing in this case which is presently set for April 6, 2017. The extension is necessary to allow the defendant time to gather documents necessary to provide to the Probation Officer so that the presentence investigation report can be finalized and timely provided to the court. It is therefore requested that the court continue the sentencing hearing in this matter to a date four weeks from the presently set date of April 6, 2017.

A continuance of four weeks will allow sufficient time for the Defendant to gather the documents and for the Probation Officer to timely provide the presentence investigation report to the court.

### CERTIFICATE OF CONSULTATION

Under signed council has spoken with the Assistant United States Attorney Patrick King who advises that the government does not oppose this motion for a continuance of the sentencing hearing for four weeks.

WHEREFORE the Defendant request that the court grant this motion and reschedule the sentencing hearing to May 4, 2017 or a date thereafter at the courts discretion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Patrick King, Assistant United States Attorney, Office of the United States Attorney, patrick.king@usdoj.gov.

By: /s/ Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar No. 147442
**Law Offices of Mark L. Horwitz, P.A.**
17 East Pine Street
Orlando, Florida 32801
(407) 843-7733
Fax: (407) 849-1321
mark@mlhorwitzlaw.com
Attorney for Defendant Nikesh Patel