## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                 Case No.: 1:14−cr−00546
                                            Honorable Charles P. Kocoras

Nikesh A Patel

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras as to Nikesh A Patel: Status and motion hearing held. Defendant Nikesh Patel's motion and memorandum to continue sentencing [73] and [75] are withdrawn. Motion to withdraw as counsel [78] is granted. Attorneys Mark L. Horwitz, Bennett R. Ford, Vincent A Citro and Heather L. Winslow are withdrawn. Motion to withdraw amended motion to continue sentencing [80] is granted. Counsel for defendant appeared by phone. Sentencing hearing set for 5/9/2017 is stricken and reset to 6/29/2017 at 9:45 a.m. Mailed notice (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.