**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 546 |
| v. | ) | |
| | ) | Hon. Charles P. Kocoras |
| NIKESH PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, NIKESH PATEL, by and through his attorney, ANDY DEVOOGHT, respectfully moves this Court, unopposed, and with the support of counsel for the Overall Receiver, who was appointed in connection with In re First Farmers Financial Litigation, Case No. 14 CV 7581, to continue the current sentencing date of August 29, 2017 to October 31, 2017.[1]

1. On July 31, 2017, the Court granted Mr. Patel's unopposed motion to continue sentencing. The Court continued Mr. Patel's sentencing to August 29, 2017.

2. Mr. Patel, and his counsel, appreciated this continuance and fully anticipated that it would be the final request for such a continuance.

---

[1] This unopposed motion is being filed two full business days prior to the hearing date of Thursday, August 24, 2017, as opposed to three. The defense apologizes for this timing. The timing of this unopposed motion is not the result of intentional delay. Instead, defense counsel has been working diligently to obtain the necessary documentation regarding the various matters discussed herein, to communicate with counsel for the Overall Receiver, and communicate with counsel for the United States of America. The timing of this unopposed motion is also due to the fact that sentencing is currently set for Tuesday, August 29, 2017. Counsel for the United States of America does not object to the two-day notice versus three-day notice of the filing of this unopposed motion.

3. However, as explained below, because Mr. Patel has the concrete and unusual opportunity (1) to earn a substantial financial recovery for his victims, ***including at least a minimum of an additional $1 million that is already sitting in his attorneys' trust fund accounts***, as well as (2) to provide further assistance to counsel for the Overall Receiver that will similarly benefit Mr. Patel's victims, Mr. Patel, with the support of counsel for the Overall Receiver, requests this final continuance to October 31, 2017. Indeed, as the Court can see from the letter from counsel for the Overall Receiver, attached as Exhibit A, counsel for the Overall Receiver supports this continuance because of the concrete manner and extent to which it will benefit Mr. Patel's victims.

4. First, despite being severely injured in a recent fall—indeed, Mr. Patel had to have extensive shoulder surgery and broke multiple fingers—Mr. Patel, as demonstrated by Exhibit B, has located a buyer for the Quality Inn—Main Gate South, in Davenport, Florida that his father currently owns. It is defense counsel's understanding that the sale of this property, which will be for approximately $3.5 million, is important both to the Overall Receiver and to the Small Business Administration, so as to avoid the government incurring a substantial loss.

5. Second, in connection with the sale of the Quality Inn, and as demonstrated by Exhibit C, Mr. Patel has secured an opportunity for his victims to receive an additional $500,000. ***If Mr. Patel is able to obtain a continuance of his sentencing date to October 31, 2017***, the purchaser of the Quality Inn, who is familiar with Mr. Patel's legitimate development efforts, has agreed to purchase three parcels of

land adjacent to the Quality Inn for approximately $1.5 million. ***Significantly, $500,000 of the purchase price is allocated as a fee to Mr. Patel in exchange for his assistance to the buyer***. This money would go to counsel for the Overall Receiver to assist Mr. Patel's victims. ***Importantly, as a demonstration of good faith, the buyer has already provided one of Mr. Patel's attorneys with $400,000 of the $500,000 Mr. Patel would receive***. The money is in Mr. Patel's attorney's trust account.

6. Third, as demonstrated by Exhibit D, Mr. Patel has secured an opportunity for his victims to receive at least an additional $600,000. ***If Mr. Patel is able to obtain a continuance of his sentencing date to October 31, 2017***, a separate individual who owns an existing hotel in Orlando, Florida, and is familiar with Mr. Patel's legitimate redevelopment efforts of such properties into senior living facilities, ***has agreed to pay Mr. Patel at least $600,000***, and potentially more, in exchange for his assistance with the redevelopment of this property. This money would go to counsel for the Overall Receiver to assist Mr. Patel's victims. ***Importantly, as a demonstration of good faith, the buyer has already provided one of Mr. Patel's attorneys with $600,000 Mr. Patel would receive***. The money is in Mr. Patel's attorney's trust account.

7. In addition to these substantial efforts—including the opportunity to provide his victims with at least $1 million of further recovery, Mr. Patel has been and is committed to providing further assistance that will readily and tangibly benefit his victims.

8. For example, Mr. Patel continues to work with counsel for the Overall Receiver to resolve tax issues that will position the Receiver to be able to distribute funds to various parties affected by the underlying conduct.

9. Additionally, Mr. Patel will sit for several depositions—at the request of counsel for the Overall Receiver—that will assist counsel potentially recover additional money for Mr. Patel's victims.

10. Moreover, consistent with his commitment to continue to assist counsel for the Overall Receiver, it is worth noting for the Court that Mr. Patel worked to raise funds to keep the loan on the Quality Inn current in anticipation of the purchase described above. The money for these payments, totally approximately $88,000 is in escrow with one of Mr. Patel's attorneys.

11. Similarly, as the Court will remember, Mr. Patel successfully located a party to buy a property located at 7411 International Drive, Orlando, Florida 32819 from the Overall Receiver. Sale of this property will provide the Receiver with additional funds to provide to parties affected by the underlying conduct.

12. Finally, Mr. Patel continues to work to receive the previously discussed consulting fee he has already earned, either by way of bridge financing or through the funding of the bond itself, in connection with his role as lead consultant on a project funded by way of a bond offering in Florida. As noted before, defense counsel has sought and received personal confirmation from personnel at Steifel that Steifel has indeed been engaged to senior manage a bond offering, and that Mr. Patel serves as a lead consultant for the deal. Here, the compensation Mr. Patel has already earned and

is working to collect, will also be given to the Overall Receiver, so as to provide the Receiver with additional funds to provide to parties affected by the underlying conduct.

13. Defense counsel has spoken with counsel for the United States of America, Assistant United States Attorney Pat King. The government does not oppose Mr. Patel's motion to continue sentencing to October 31, 2017.

14. Therefore, Mr. Patel respectfully requests that the Court grant Defendant's unopposed motion to continue the current sentencing date of August 29, 2017 to October 31, 2017.

Respectfully submitted,

August 22, 2017

ANDREW R. DEVOOGHT
s/Andrew R. DeVooght
Andrew DeVooght, IL Bar No. 6273361
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60647
Telephone: (312) 464-3100
Facsimile: (312) 464-3111
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Andrew R. DeVooght

Andrew R. DeVooght, Bar No. IL 6273361
LOEB & LOEB LLP
321 N. Clark St., Suite 2300
Chicago, IL 60654
Phone: (312) 464-3100
Fax: (312) 464-3111
adevooght@loeb.com