UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 456 |
| ) | |
| v. ) | |
| ) | |
| NIKESH A. PATEL ) | |

**GOVERNMENT'S EMERGENCY MOTION
TO REVOKE BOND AND ISSUANCE OF ARREST WARRANT**

The United States of America, by its attorney, JOHN R. LAUSCH, United States Attorney for the Northern District of Illinois, pursuant to 18 U.S.C. § 3148, moves this Court for an order revoking defendant's release and issuing a warrant for defendant's arrest. In support thereof, the government states as follows:

1. Defendant was charged in a five-count indictment with wire fraud in *United States v. Nikesh Patel*, 14 CR 456 in the Northern District of Illinois.

2. On October 9, 2014, defendant was admitted to bond in this matter. (R. 12). Defendant affirmed that he was aware of the conditions of release and promised to obey all conditions.

3. In addition to the standard conditions of release, defendant's bond required that he:

   a. surrender any passport to Pre-Trial Services;
   b. not obtain a passport or any other international travel document;
   c. restrict his travel to the continental United States;
   d. appear in Court as required; and
   e. not violate any federal, state, or local laws, while on release. (*Id.*)

4. On December 02, 2015, the bond as set on October 9, 2014 was re-affirmed. (R.41).

5. On December 6, 2016, Patel entered a plea of guilty to the indictment. (R. 65). Patel was allowed to remain on bond pending sentencing.

6. Patel was ordered to appear on January 9, 2018 at 10:15 AM before U.S. District court Judge Charles P. Kocoras (R. 101).

7. On January 5, 2018, Patel spoke with his Pre-Trial Services Officer in Florida and confirmed that he was aware that he was scheduled to appear in the United States District Court on January 9, 2018 for sentencing in his case.

8. On January 6, 2018, Patel traveled from his residence to the Kissimmee Gateway Airport in Kissimmee, Florida for the purpose of fleeing the United States.

9. On January 6, 2018, Patel was in possession of a passport and or international travel document, namely, a passport that appeared to be issued by the Government of India, bearing Patel's name, photograph, and date of birth. The passport bore an issuance date of 11/01/10 and was valid through 10/01/20.

10. On January 6, 2018, Patel attempted to board a chartered aircraft for the purpose of traveling to Ecuador, a destination outside the continental United States.

11. On January 6, 2018, Patel committed the offense of Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

WHEREFORE: For the above stated reasons, the government respectfully requests that this court revoke his bond and issue a warrant for his arrest.

Respectfully submitted,

*Patrick J. King, Jr.*
Patrick J. King, Jr.
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60604
(312) 353-5341