**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America , Plaintiff(s), v. Nikesh A. Patel, Defendant(s). | Case No. 14 CR 546 Judge Charles P. Kocoras |

### ORDER

Order bench warrant to issue as to Nikesh A. Patel for violation of bond.

Date: 1/8/2018

*Charles P. Kocoras*
Charles P. Kocoras
United States District Court Judge