**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:14−cr−00546
                                                  Honorable Charles P. Kocoras

Nikesh A Patel

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 8, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras as to Nikesh A Patel: Sentencing set for 1/8/2018 at 10:15 a.m. is stricken. Status hearing set for 1/8/2018 at 11:00 a.m. Mailed notice (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.