UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 546 |
| v. ) | |
| ) | Judge Charles P. Kocoras |
| ) | |
| NIKESH A. PATEL ) | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO SUPPLEMENT THE RECORD ON APPEAL**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves to supplement the record on appeal, and states as follows:

1. Defendant Nikesh A. Patel has appealed the final judgment entered by this Court following his conviction and sentencing.

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal.

3. One of the exhibits submitted to the court at sentencing was not filed with the district court clerk.

4. In responding to the defendants' appeal, the government will refer to the following government exhibit or portions thereof: Letter from Dr. Dinwiddie regarding Nikesh A. Patel, dated March 2, 2018. A copy of which is attached.

5.  Since the above referenced exhibit is not currently in the record on appeal, the United States wishes to supplement the record so that the exhibit, or the relevant portions thereof, are available for review by the Court of Appeals.

6.  The government contacted Patel's appellate counsel, Beau Brindley, and he has no objection to supplementing the record with this document.

WHEREFORE, the United States respectfully requests that the court issue an order directing the clerk to supplement the record on appeal with the above referenced exhibit, a copy of which are attached to this motion.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Patrick J. King, Jr.*
PATRICK J. KING, JR.
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5341